BENJAMIN B. WAGNER
United States Attorney
HEIKO COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

FILED

NOV 15 2010


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:08-CR-0438 FCD
            Plaintiff,              )
                                    )
                                    )
v.                                  )   **ORDER AS TO DISPOSAL OF**
                                    )   **FIREARMS SEIZED**
                                    )
ANTONIO MERCADO MARTINEZ,           )
                                    )
            Defendant.              )

# O R D E R

Pursuant to the express terms of the plea agreement, the defendant has abandoned all right, title and interest in the following firearms and ammunition seized:

   1. Model SLR-95, Bulgarian 7.62x39mm assault rifle, unknown serial number and 30 rounds of ammunition;

   2. Olympic Arms .223 caliber rifle, serial number SM1168 and 30 rounds of ammunition;

   3. Raven Arms .25 caliber semi-automatic pistol, serial number 782625, with two magazines and 11 rounds of ammunition;

   4. Taurus 9mm semi-automatic pistol, serial number TJD33497, with two magazines and any 9mm ammunition seized.

1 | It is hereby ORDERED, THAT, the U.S. Forest Service may
2 | dispose of the aforementioned firearms and ammunition in
3 | accordance with their standard evidence destruction policies and
4 | procedures.

DATED: November 15, 2010

/s/ Frank C. Damrell, Jr.
FRANK C. DAMRELL, JR.
Senior U.S. District Judge